IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE G. MELECH, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00573-KD-M |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, *et al.*, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 1, 2011, is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Defendant CIGNA Corporation and Defendant CIGNA Holdings, Inc.'s Motion to Dismiss (Doc. 12) is **GRANTED** and that Defendant CIGNA Corporation and Defendant CIGNA Holdings, Inc. are **DISMISSED** from this action.

**DONE** and **ORDERED** this the **18th** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**