# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DIANE G. MELECH,         ) | |
| )                         | |
| Plaintiff,           )    | |
| )                         | |
| vs.                  )    | CIVIL ACTION NO: 10-0573-KD-M |
| )                         | |
| LIFE INSURANCE COMPANY OF )| |
| NORTH AMERICA, PENSION AND )| |
| WELFARE PLAN ADMINISTRATION )| |
| COMMITTEE – THE HERTZ    )| |
| CORPORATION, HERTZ CUSTOM )| |
| BENEFIT PROGRAM, AND THE HERTZ )| |
| CORPORATION,             )| |
| )                         | |
| Defendants.          )    | |

## JUDGMENT

In accordance with the Order entered this date granting summary judgment in favor of defendants, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of plaintiff Diane G. Melech against defendants Life Insurance Company of North America, Pension and Welfare Plan Administration Committee – The Hertz Corporation, Hertz Custom Benefit Program, and the Hertz Corporation, are **DISMISSED with prejudice.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of defendants and against plaintiff Diane G. Melech.

DONE and ORDERED this the 18th day of September, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
STATES DISTRICT JUDGE