IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANE G. MELECH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO: 10-0573-KD-M** |
| ) | |
| **LIFE INSURANCE COMPANY OF** ) | |
| **NORTH AMERICA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**JUDGMENT**

In accordance with the Order granting Defendants' motion for summary judgment, entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Defendants Life Insurance Company of North America, Hertz Corporation, and Hertz Corporation Pension and Welfare Plan Administration Committee and the claims of Plaintiff Diane G. Melech are dismissed.

The Court retains jurisdiction to address Plaintiff's Interim Application for Attorneys' Fees and Costs Pursuant to 29 U.S.C. § 1132(g). (Doc. 211)

DONE and ORDERED this the 10th day of August 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
STATES DISTRICT JUDGE